UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN SILVERMAN, derivatively on behalf of MCKESSON CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ANDY D. BRYANT, WAYNE A. BUDD, JOHN H. HAMMERGREN, M. CHRISTINE JACOBS, MARIE L. KNOWLES AND EDWARD A. MUELLER,<br><br>Defendants,<br><br>and<br><br>MCKESSON CORPORATION,<br><br>Nominal Defendant. | Civil Action No. 4:17-cv-00494-CW<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF THE ACTION<br><br>HEARING DATE: June 27, 2017<br><br>HEARING TIME: 2:30 PM, Courtroom TBD |

**[PROPOSED]** ORDER

Plaintiff Stephen Silverman has moved the Court pursuant to Federal Rule of Civil Procedure 23.1 to voluntarily dismiss the above-captioned action (the "Action") without prejudice.

The Court, having considered all papers filed by the parties in connection with Plaintiff's Motion for Voluntary Dismissal of the Action and being fully advised, and good cause appearing:

It is hereby ordered that:

FOR GOOD CAUSE SHOWN, the Action is dismissed without prejudice.

Dated: __June 6__, 2017



_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF THE ACTION